UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Joseph Santoro

                        Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

Defendant __Joseph Santoro_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

____   Initial Appearance Before a Judicial Officer

_X_   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____   Bail/Detention Hearing

____   Conference Before a Judicial Officer

During a phone call on Friday, August 13, 2021, Mr. Joseph Santoro authorized Benjamin Gold to affix his electronic signature on this form.

_Joseph Santoro_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Joseph Santoro_____
Print Defendant's Name

_Ben G_____
Defendant's Counsel's Signature

Benjamin Gold_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_8/17/2021_____
Date

_Nelson C. McCarty_____
U.S. ~~District Judge~~/U.S. Magistrate Judge