UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                      Plaintiff,

-against-

JOSEPH SANTORO,

                      Defendant.
------------------------------------------------------------X

**MEMORANDUM**

20 Cr. 518

TO: Nelson S. Román, United States District Judge:

    Please find attached a transcript of the September 10, 2021 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: September 16, 2021
       White Plains, New York

                                          Respectfully Submitted,

                                          _____
                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge