UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

       USA,

          - against -

JOSEPH SANTORO,

                         Defendant(s).
------------------------------------------------------x

**RESCHEDULING ORDER**

**21 CR 518 (NSR)**

NELSON S. ROMÁN, U.S.D.J.:

    Due to a COVID outbreak at Defendant's facility and notification to the Court that detainees were not being produced, the in-person Sentencing scheduled for December 15, 2021 is hereby

    ORDERED **rescheduled, with the parties' consent, until February 3, 2022 at 1:30 pm with an alternate date of February 2, 2022 at 11:00 am.**

    In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

Dated:    White Plains, New York
             December 15, 2021

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2021